UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: _____

YOCELIN G. ORELLANA, and other
similarly situated employees,

    Plaintiff,

v.

EL BALCON DE LAS AMERICAS V, INC.,
ALVARO TOBAR, DEBBIE TOBAR,
LINA VELEZ, and ROBERTO VELEZ,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA:

    PLEASE TAKE NOTICE that Defendants, El Balcón De Las Americas V., Inc., Alvaro Tobar, Debbie Tobar, Lina Velez, and Robert Velez, individually, ("Defendants"), pursuant to 28 U.S.C. §§ 1331, 1441(a), and 1446, hereby remove this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida, on the following grounds:

    1.    On or about January 22, 2020, Plaintiff, Yocelin Orellana ("Orellana"), filed her Complaint in the Circuit Court of 15th Judicial Circuit, in and for Palm Beach County, Florida, Civil Action No. 502020CA000727XXXXMB ("State Action"). Defendants have attached a copy of the complaint in the State Action as Exhibit A.

*Orellana v. El Balcón De Las Americas V, Inc., et al.*
Case No. _____
Notice of Removal

2. Defendants received the summons and the Complaint through service of process on March 13, 2020. This Notice of Removal has been filed less than thirty (30) days after Defendants were served.

3. In her Complaint, Orellana alleges that El Balcón De Las Americas V, Inc. ("El Bacon"), her former employer, did not compensate her at a rate of at least 1.5 times the regular rate at which she was employed by El Balcón for all hours worked in excess of 40 hours (Count I) and that Alvaro Tobar, Debbie Tobar, Lina Velez, and Robert Velez are liable as owners and/or officers of El Balcón (Count II). In fact, Orellana specifically alleges that her action is brought "pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*." (the "FLSA") (Compl. ¶ 1.) Accordingly, Defendants remove the State Action to this Court on the basis of the Court's federal question jurisdiction because Orellana's civil action arises "under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Orellana's complaint purports to state claims only under the FLSA, accordingly, there are no claims raised in the complaint that may not be removed to this Court.

4. "Any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). This Court has original jurisdiction over the State Action by reason of federal question. This action is being removed, therefore, under 28 U.S.C. § 1446(a) which states:

> A defendant or defendants desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for

*Orellana v. El Balcón De Las Americas V, Inc., et al.*
Case No. _____
Notice of Removal

removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

5. For purpose of 28 U.S.C. § 1331 jurisdiction, "all that is required is that there be an arguable claim arising under federal law." *Bellsouth Telecomm., Inc. v. MCImetro Access Transmission Servs., Inc.*, 317 F.3d 1270, 1278 (11th Cir. 2003). Here, Orellana's two-count Complaint raises purported claims arising solely under federal law, the FLSA, and, accordingly, this Court has original jurisdiction over Orellana's claims.

6. Pursuant to 28 U.S.C. § 1446(d), Defendants will notify Orellana in writing of this filing. Defendants will also file a copy of this Notice with the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida.

7. By filing this Notice of Removal, Defendants do not admit any of the allegations in Plaintiff's Complaint, or waive any of their defenses. Defendants expressly reserve any objections as to service and personal jurisdiction.

WHEREFORE, Defendants respectfully request removal of this action from the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United States District Court for the Southern District of Florida.

FORD & HARRISON, LLP

By: _____
Ariadna Hernandez
Florida Bar No. 20953
E-mail: ahernandez@fordharrison.com
David M. Gobeo
Florida Bar No. 0016565
Direct: (561) 345-7512
E-mail: dgobeo@fordharrison.com
1450 Centrepark Blvd., Suite 325
West Palm Beach, FL 33401
Facsimile: (561) 345-7501

*Attorney for Defendants*

*Orellana v. El Balcón De Las Americas V, Inc., et al.*
Case No. _____
Notice of Removal

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2020, I served a true and correct copy of the foregoing by e-mail and US mail, to: R. Martin Saenz, Esq., and Brandon Gibson, Esq., Saenz & Anderson, PLLC, 20900 NE 30th Ave., Suite 800, Aventura, FL 33180.

                                                        _____
                                                        Ariadna Hernandez
                                                        Florida Bar No. 20953